CARMEN BRITT, Individually and as Executor of LULA BAITY, Deceased, Appellant, v BUFFALO MUNICIPAL HOUSING AUTHORITY et al., Respondents. (Appeal No. 1.) [971 NYS2d 912]— Appeal from an order of the Supreme Court, Erie County (Diane Y. Devlin, J.), entered December 8, 2011. The order, among other things, granted the cross motions of defendants to amend their answers to assert affirmative defenses of res judicata and collateral estoppel.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988, 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.

 PATRICIA J. CURTO, Appellant, v NATIONAL FUEL CORPORATION, Respondent. (Appeal No. 1.) [972 NYS2d 139]—Appeal from an order of the Supreme Court, Erie County (Gerald J. Whalen, J.), entered December 14, 2011. The order, among other things, granted the motion of defendant to dismiss the complaint.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Fahey, Sconiers and Valentino, JJ.